UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6663**

———————

LARRY C. MCFARLAND,

Plaintiff - Appellant,

versus

CHARLES TWITCHELL, Lieutenant; DAVID SMITH;
Assistant Warden; MS. WHITTAKER, Special
Housing Counselor; JOHN DOE, Officer; VIRGINIA
SMITH, Chief Nurse; DOCTOR CRAMER, Facility
Physician,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-96-203-R)

———————

Submitted: December 11, 1997      Decided: December 24, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry C. McFarland, Appellant Pro Se. Susan Campbell Alexander, Assistant Attorney General, Collin Jefferson Hite, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Mary Lynn Reed, JACKSON & CAMPBELL, P.C., Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McFarland v. Twitchell, No. CA-96-203-R (W.D. Va. Apr. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED